AO 440 (Rev. 10/93) Summons in a Civil Action

E-filing

# United States District Court 
### NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA-NORTHERN
NEVADA SOUND AND COMMUNICATIONS
EMPLOYEE BENEFIT TRUST FUNDS;
DOUG LUNG AND BOB TRAGNI AS
TRUSTEES OF THE NORTHERN
CALIFORNIA-NORTHERN NEVADA

V.

SPARTAN ENGINEERING, INC.,
a California Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C08 04005**

**PVT**

TO: SPARTAN ENGINEERING, INC.,
a California Corporation
540 Parrott Street
San Jose, CA 95112

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

SUE CAMPBELL
Attorney at Law
1155 North First Street, Suite 101
San Jose, California 95112
(408) 277-0648

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

AUG 2 1 2008

CLERK                                                                          DATE

Betty J. Walton

(BY) DEPUTY CLERK