AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA-NORTHERN
NEVADA SOUND AND COMMUNICATIONS
EMPLOYEE BENEFIT TRUST FUNDS;
DOUG LUNG AND BOB TRAGNI AS
TRUSTEES OF THE NORTHERN
CALIFORNIA-NORTHERN NEVADA

V.

SPARTAN ENGINEERING, INC.,
a California Corporation

FILED
08 AUG 29 P 12: 45

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 08 - 04005 PVT

TO: SPARTAN ENGINEERING, INC.,
a California Corporation
540 Parrott Street
San Jose, CA 95112

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

SUE CAMPBELL
Attorney at Law
1155 North First Street, Suite 101
San Jose, California 95112
(408) 277-0648

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

BY, DEPUTY CLERK

DATE  AUG 21 2008

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

SUE CAMPBELL, ESQ.
LAW OFFICES OF SUE CAMPBELL
1155 N. FIRST STREET, SUITE 101
SAN JOSE, CA 95112
Telephone: (408) 277-0648

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS EMPLOYEE<br>              Plaintiff,<br><br>SPARTAN ENGINEERING, INC.<br><br>              Defendant. | CASE NUMBER<br>C08-04005 PVT<br><br>**DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION GENERAL INFORMATION PACKAGE; ECF REGISTRATION INFORMATION PACKAGE; ADR INFORMATION PACKAGE; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA INFORMATION PACKAGE

in the within action by personally delivering true copies thereof to the person served as follows:

    Served          : SPARTAN ENGINEERING, INC., A CALIFORNIA CORPORATION

    By Serving      : Tara Veronda, Person In Charge / Authorized To Accept
                      Service Of Process
    Address         : ( Business ) SPARTAN ENGINEERING, INC.

                      540 Parrott Street
                      San Jose, Ca 95112
    Date of Service : August 26, 2008

    Time of Service : 2:00PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: August 26, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1027

Signature: _____
          TERRY GRAAP