**E-FILED on** 4/15/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SPARTAN ENGINEERING, INC., a California corporation <br><br> Defendant. | No. C-08-4005 RMW <br><br> ORDER SETTING HEARING ON PLAINTIFFS' MOTION FOR ENTRY OF JUDGEMENT <br><br> **[Re Docket No. 20]** |

Plaintiffs seek entry of judgment pursuant to stipulation. The amount of the judgment sought differs from the amount stated in the stipulation. Defendant opposes plaintiffs' motion, questioning whether defendants payments pursuant to the stipulated settlement have been properly credited by plaintiffs. These issues are not easily resolved on the papers submitted. Accordingly, the court will hear the motion on Friday, April 30, 2009 at 9:00 a.m. unless the court is advised prior to that date that this matter has been resolved. The parties are to meet and confer prior to the hearing to attempt to resolve the amount due.

DATED: 4/15/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER SETTING HEARING ON PLAINTIFFS' MOTION FOR ENTRY OF JUDGEMENT—No. C-08-4005 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Defendants:**

**Michael P. Quinlivan**
Email: kqslaw@aol.com

**A copy of this document has been mailed to:**

**Counsel for Plaintiff:**
Mark H. Lipton
Neyhart Anderson Flynn & Grosboll
1380 Lead Hill Blvd #106
Roseville, CA 95661

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** _____4/15/10_____                              _____TER_____
                                                         **Chambers of Judge Whyte**

ORDER SETTING HEARING ON PLAINTIFFS' MOTION FOR ENTRY OF JUDGEMENT—No. C-08-4005 RMW
TER
2